FILED
JAN -3 2014
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK H. GRUMBLEY, )
)
Plaintiff, )
)
v. ) Civil Action No. 14-25
)
CLAYTON R. HIGGINS, JR., )
)
Defendant. )

## MEMORANDUM OPINION

Plaintiff brings this action against a deputy Clerk of the Supreme Court of the United States, alleging that his "Constitutional right to Petition the Government for redress of Grievances, to the Equal Protection of the Law, and to the right to Due Process" have been violated by defendant Higgins, Compl. ¶ 13, who allegedly "returned [plaintiff's] Petition," *id.* ¶ 7, and intercepted plaintiff's "letter to clerk [W]illiam [K]. Suter" complaining of defendant's prior action, *id.* ¶ 9. Plaintiff demands "mon[e]tary damages for this Depravation of his Civil Rights." *Id.* ¶ 13.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). Furthermore, insofar as plaintiff demands compensatory damages, the defendant is absolutely immune from suit. The absolute

judicial immunity afforded to judges, *see Sindram v. Suda,* 986 F.2d 1459, 1460 (D.C. Cir. 1993) ("Judges enjoy absolute judicial immunity from suits for money damages for all actions taken in the judge's judicial capacity, unless these actions are taken in the complete absence of all jurisdiction."), extends to court clerks performing "tasks that are an integral part of the judicial process." *Id.* at 1460-61.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint with prejudice. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 12/28/13

United States District Judge